**PAM**

v.

**U.S.**

**No. 2009–1066.**

United States Court of Appeals, Federal Circuit.

Nov. 18, 2009.

### ORDER

The Court, having considered the motion of plaintiff-appellant PAM SpA for recall of the mandate of the Court, and the record herein, it is hereby—

ORDERED that plaintiff-appellant PAM's motion is granted; and it is further

ORDERED that the Court's mandate herein issued on November 16, 2009, be, and the same hereby is, withdrawn.